382 A.2d 743

Commonwealth v. Brown, Appellant.

Submitted December 6, 1976. Menno B. Rohrer, for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent for the reasons stated in *Commonwealth v. Brown,* 248 Pa.Superior Ct. 289, 375 A.2d 102 (1977).